IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YIMAJ KALIFA                             :
1618 7th Street, NW                 :
Washington, DC 20001-3212      :
                                        :
        and                      :
                                        :
HIRUT AMENU                          :
1618 7th Street, NW                 :
Washington, DC 20001-3212      :
                                        :
        and                      :
                                        :
HUMAN TOUCH HOME HEALTH CARE    :
AGENCY, INC.                       :
1618 7th Street, NW                 :
Washington, DC 20001-3212      :
                                        :
        Plaintiffs,                 :
                                        :
v.                                   :      Case No._____
                                        :
SELECTIVE WAY INSURANCE COMPANY   :
40 Wantage Avenue                 :
Branchville, NJ 07890-1000      :
                                        :
        Defendant.                 :

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendant, Selective Way Insurance Company ("Selective"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal of Civil Action to remove this action from the Superior Court of the District of Columbia to this Court on the following grounds:

      1.     The Plaintiff Yimaj Kalifa is a citizen of the District of Columbia and her primary residence is located at 1618 7th Street, NW, Washington, DC 20001-3212.

      2.     The Plaintiff Hirut Amenu is a citizen of the District of Columbia and his primary residence is located at 1618 7th Street, NW, Washington, DC 20001-3212.

3.      The Plaintiff Human Touch Home Health Care Agency, Inc. is a District of
Columbia corporation with its principal place of business in the District of Columbia.

4.      The Defendant Selective is a company organized and existing under the laws of
New Jersey and has its principal place of business in the state of New Jersey.

5.      On July 23, 2013, Yimaj Kalifa, Hirut Amenu, and Human Touch Home Health
Care Agency, Inc. (collectively, "Plaintiffs") filed a Complaint against Selective alleging a cause
of action for breach of contract.  Selective received the Complaint through service on its
registered agent on July 26, 2013.  Accordingly, this Notice of Removal is timely filed within
thirty days of service of the Complaint.

6.      Removal of this action is proper pursuant to 28 U.S.C. § 1441(a) in that this is a
civil action over which this Court has original jurisdiction.  "[D]istrict courts shall have original
jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of
$75,000, exclusive of interest and costs, and is between . . . citizens of a State and citizens or
subjects of a foreign state."  28 U.S.C. § 1332(a).

7.      Here, the requirements of diversity jurisdiction are satisfied.  First, the amount in
controversy exceeds $75,000, exclusive of interest and costs because Plaintiffs' Complaint seeks
relief in the amount of $401,037.34.  Second, complete diversity between the parties exists;
Plaintiffs are residents of the District of Columbia, while Selective is a citizen of New Jersey.
Thus, removal of this action is proper because there is complete diversity between the parties and
the monetary threshold of 28 U.S.C. § 1332 has been met.

8.      In accordance with 28 U.S.C. § 1446(a), a true copy of all pleadings, process, and
orders received by Selective in this action, through service or otherwise, are attached hereto as
**Exhibit A**.

9.      Concurrent with the filing of this Notice, Selective is filing written notice of this removal with the Clerk of the Superior Court of the District of Columbia.  A copy of the notice is attached hereto as **Exhibit B**.

10.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being mailed to Plaintiffs.

WHEREFORE, defendant Selective Way Insurance Company prays that the above-captioned active be removed from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

SELECTIVE WAY INSURANCE COMPANY

By: _____/s/_____

Arnie B. Mason (DC Bar No. 481084)
D. Margeaux Thomas (DC Bar No. 986974)
WILLIAMS MULLEN
8300 Greensboro Drive
Suite 1100
Tysons Corner, VA  22102
703.760.5235
703.748.0244
amason@williamsmullen.com


(To be admitted pro hac vice)
Calvin W. Fowler, Jr. (VSB No. 27982)
WILLIAMS MULLEN
200 South 10th Street
P. O. Box 1320
Richmond, Virginia 23218-1320
804.420.6442
804.420.6507 (fax)
wfowler@williamsmullen.com

## CERTIFICATE

I hereby acknowledge that on this 15th day of August, 2013, a copy of the foregoing

Notice of Removal was mailed, first-class, postage prepaid to:

> C. Jude Iweanoge, Esquire
> Charles C. Iweanoge, Esquire
> THE IWEANOGES' FIRM, P.C.
> 1026 Monroe Street, NE
> Washington, DC 20017
> 202.347.7026
> Fax: 202.347.7026
> Email: jci@weanogesfirm.com
> *Counsel for Plaintiff*

By: _____ /s/ _____

            D. Margeaux Thomas