# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YIMAJ KHALIFA, *et al.*

     *Plaintiff,*

     v.

SELECTIVE WAY INSURANCE CO.,

     *Defendant.*

Civil Action No. 13-1252 (CKK)

## ORDER
(July 29, 2014)

The Court has been informed that the parties in the above-captioned action have reached a settlement in principle.  Accordingly, with the consent of the parties, it is, this 29th day of July, 2014, hereby

**ORDERED** that this action is **DISMISSED**; the dismissal shall be **without** prejudice until Thursday, August 28, 2014.  Should counsel fail to move to extend the deadline or to reopen this action by the designated date, the matter shall, without further order, stand dismissed **with** prejudice; and it is further

**ORDERED** that the Status Hearing currently scheduled for July 30, 2014, at 11:30 a.m., is hereby **VACATED**.

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge